UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3.  TRUNG PHAM, and
4.  **HERNAN RICAURTE**,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Hernan Ricaurte filed a Notice of Disposition in the above matter on July 27, 2011 [ECF No. 153].  A Change of Plea hearing is set for **Thursday, August 11, 2011 at 3:00 PM.**

    Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  July 28, 2011